552 A.2d 1382

**COMMONWEALTH of Pennsylvania**

v.

**William WOLF, Petitioner.**

**No. 1175 E.D. Dkt. 1986.**

Supreme Court of Pennsylvania.

Dec. 16, 1988.

## ORDER

PER CURIAM:

AND NOW, this 16th day of December, 1988, the Application for Reconsideration of Denial of Allocatur, 520 Pa. 130, 554 A.2d 509, is hereby granted. The judgment of the Superior Court is reversed and the original judgment of sentence is reinstated.

LARSEN, J., dissents.